382 P.2d 884

**William C. MANN, Plaintiff and Appellant,**

v.

**PREFERRED RISK MUTUAL INSUR-
ANCE COMPANY, a corporation,
Defendant and Respondent.**

**No. 9831.**

Supreme Court of Utah.

June 28, 1963.

———◆———

George K. Fadel, Bountiful, for appel-
lant.

Kipp & Charlier, Salt Lake City, for
respondent.

HENRIOD, Chief Justice.

Appeal from a no cause of action judg-
ment at pretrial where the parties stipu-
lated that Mann's deposition was the only
evidence in the case. Affirmed. Costs to
defendant.

Plaintiff had a policy that provided two
things germane to this case: 1) To pay
for damage arising out of operation of the
insured's car or "any nonowned automo-
bile" which means 2) "an automobile * *
not owned or furnished for the regular
use of the * * * insured, * * * other
than a temporary substitute automobile."

The conceded evidence showed that plain-
tiff used his cousin's truck to haul hay for
the latter's horses, and to go to work when-
ever he wished. He had access to the truck
at times when it was not being utilized by
his cousin, the key being left in the ashtray
for his use. This custom had persisted for
at least 6 months to a year, and plaintiff's
insured car was available at this time for
himself and/or his wife.

We think the quoted excerpts from the plaintiff's policy were designed to protect him at times when, for some reason or another, his own insured car was inoperable, and further, that reflective of his own statements in the deposition, his use of the truck either was a "regular" use or one to benefit someone else than himself, which, on either basis, would not lead to insurability of his own car or person under the plain implications of the policy even conceding its terms construable more favorably to the assured.

McDONOUGH, CALLISTER, CROCKETT and WADE, JJ., concur.